UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT BARBERA<br><br>       Plaintiff,<br><br>  v.<br><br>JUSTIN BIEBER BRANDS, LLC and JUSTIN BIEBER<br><br>       Defendant. | **NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITHOUT PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>**Case No.: 1:19-cv-9532** |

  IT IS HEREBY NOTICED that there has been a settlement in the above case and that the above case should be dismissed without prejudice.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: October 20, 2019

*Attorneys for Plaintiff Robert Barbera*